

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LORENA GUERRO
    Plaintiff,

V.

CRABTREE-ZION MOTOR SALES
CO., INC., ET AL
    Defendants.

CIVIL ACTION NO.
3:02CV829 (GLG)

FEBRUARY 9, 2004

## STIPULATION FOR DISMISSAL

The plaintiff through his attorney Michael W. Kennedy and defendant Crabtree-Zion Motor Sales Co., Inc. through its attorney William McGrath, Jr. and Sovereign Bank through its attorney Robert Allen stipulate that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

THE PLAINTIFF

BY /s/ Michael W. Kennedy
Michael W. Kennedy, Esq.
101 West Main St.
Branford, CT 06405
Fed. Juris No. ct19664
(203) 481-4040

THE DEFENDANT

By _____
William J. McGrath, Jr., Esquire
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Fed. Bar. No. CT04314
(860) 522-6103


THE DEFENDANT

By _____

Robert Allen, Esq.
Tyler, Cooper, & Alcorn
P.O. Box 1936
New Haven, CT 06508-1910

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following parties of record postage prepaid this ____ day of February, 2004:

William J. McGrath, Jr., Esquire
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103

Robert Allen, Esq.
Tyler, Cooper, & Alcorn
P.O. Box 1936
New Haven, CT 06508-1910


_____
Michael W. Kennedy