UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LORENA GUERRERO

LUIS R. SANCHEZ

    Plaintiff,

V.

CRABTREE-ZION MOTORS
SALES CO., INC., ET AL

    Defendants.

CIVIL ACTION:
3:02CV829(GLG)

MARCH 30, 2004

FILED
APR 1  3 13 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## STIPULATION FOR DISMISSAL

The plaintiff through their attorney Michael W. Kennedy and defendant Crabtree-Zion Motor Sales Co., Inc. through its attorney Kevin Green and Sovereign Bank through its attorney Robert Allen stipulate that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

THE PLAINTIFF

BY: _____
Michael W. Kennedy, Esq.
101 West Main St.
Branford, CT 06405
Fed. Juris No. ct19664
(203) 481-4040

THE DEFENDANT

By *[signature]*

Kevin Greene, Esq.
Halloran & Sage LLP
One Goodwin Square
Hartford, CT 06103

THE DEFENDANT

By *[signature]*

Robert Allen, Esq.
Tyler, Cooper, & Alcorn
P.O. Box 1936
New Haven, CT 06508-1910

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following parties of record postage prepaid this 30th day of March, 2004:

Kevin Greene, Esq.
Halloran & Sage LLP
One Goodwin Square
Hartford, CT 06103


Robert Allen, Esq.
Tyler, Cooper, & Alcorn
P.O. Box 1936
New Haven, CT 06508-1910

_____
Michael W. Kennedy