UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LORENA GUERRERO

LUIS R. SANCHEZ

    Plaintiff,

V.

CRABTREE-ZION MOTORS
SALES CO., INC., ET AL

    Defendants.

CIVIL ACTION:
3:02CV829(GLG)

MARCH 30, 2004

## STIPULATION FOR DISMISSAL

The plaintiff through their attorney Michael W. Kennedy and defendant Crabtree-Zion Motor Sales Co., Inc. through its attorney Kevin Green and Sovereign Bank through its attorney Robert Allen stipulate that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

SO ORDERED.
Gerard L. Goettel, USDJ

THE PLAINTIFF

BY: _____
Michael W. Kennedy, Esq.
101 West Main St.
Branford, CT 06405
Fed. Juris No. ct19664
(203) 481-4040